**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MARIE KING**                                                                                              **PLAINTIFFS**

**v.**                                        **CASE NO. 4:05-CV-1356 GTE**

**ARKANSAS CHILDREN'S HOSPITAL**                                              **DEFENDANTS**

### JUDGMENT

Upon the basis of the Order granting Defendant's Motion for Summary Judgment, Plaintiff's complaint must be dismissed with prejudice.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendant Arkansas Children's Hospital, and against Plaintiff Marie King.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED THIS 27th day of September, 2006.

                                                                         _/s/ Garnett Thomas Eisele_____
                                                                         UNITED STATES DISTRICT JUDGE